IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

N.L.D., LONNZO LEE HARPER,
and TAMESHIA R. DAVIS,

    Plaintiffs,                                                          Case No. 19-cv-50-jdp

    v.

CRESTWOOD ELEMENTARY SCHOOL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject-matter jurisdiction.

| /s/ | 7/2/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |